**GUCOVSCHI LAW FIRM, PLLC**
Adrian Gucovschi (State Bar No. 360988)
Nathaniel H. Sari (State Bar No. 362634)
165 Broadway, Fl. 23
New York, New York 10006
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com
nathaniel@gucovschilaw.com

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMIN SAYAREH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOOM NU LLC,<br><br>Defendant. | **Case No. 2:26-cv-02895-TLN-SCR**<br><br>The Honorable Troy L. Nunley<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS (ECF NO. 8)** |

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS (ECF NO. 8)**

**Pursuant to the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED:**

1. Plaintiff's opposition to Defendant's Motion to Dismiss (ECF No. 8) shall be filed on or before December 7, 2026.

2. Defendant's reply in support of the Motion, if any, shall be filed on or before December 21, 2026.

3. The hearing on the Motion remains set for March 11, 2027, at 2:00 p.m. in Courtroom 2.

4. All other dates set by the Court remain unchanged.

IT IS SO ORDERED:

DATED: November 19, 2026

Troy L. Nunley
Chief United States District Judge